NORA McMAHON, Respondent, v. IDA MAY, Appellant.— Judgment and order unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

NORA McMAHON, Respondent, v. IVAR MAY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that plaintiff failed to show want of probable cause. Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

PARK & ALLISON, INC., Appellant, v. ISRAEL PFEFFER, Respondent.— Order of the County Court of Nassau county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

PEDER PETERSEN, Respondent, v. THE AULT & WIBORG COMPANY OF NEW YORK, Appellant.— Order setting aside verdict for errors committed in the instructions to the jury unanimously affirmed, with costs, without consideration of the liability of the defendant. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALPHONSE CAPOZZI, Appellant.— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM GROSS, Appellant.— Judgment of conviction of the County Court of Kings county reversed, and new trial ordered, upon the ground that the evidence should not have satisfied the jury beyond a reasonable doubt of the guilt of defendant. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROY SLOANE, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Putnam and Kelly, JJ., concur; Blackmar and Rich, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN VAZZANO, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS ZURICA, Appellant.— Judgment of conviction of the County Court of Kings county reversed, and a new trial ordered, upon the ground that the evidence was not sufficient to justify the verdict. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT E. FACEY, Appellant, v. JOHN P. LEO and Others, Constituting the Board of Appeals, etc., Respondents, and MARTHA R. FRENCH, Intervenor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam and Blackmar, JJ., concur; Jenks, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL IMBRIALE, Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, without